UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR ANDRES ENCISO,<br><br>                        Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,<br><br>                      Defendant. | Case No.: 21-CV-1201 JLS (KSC)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE AS TO JPMORGAN CHASE BANK, N.A.**<br><br>(ECF No. 5) |

Presently before the Court is the Parties' Joint Motion for Dismissal with Prejudice as to JPMorgan Chase Bank, N.A. ("Joint Mot.," ECF No. 5). Good cause appearing, the Court **GRANTS** the Joint Motion and **DISMISSES** Defendant JPMorgan Chase Bank, National Association ("Chase"), from this action **WITH PREJUDICE**. Per the terms of the Joint Motion, each party will bear its own fees and costs. Given that Chase is the sole defendant in this action, this concludes the litigation in this matter; accordingly, the Clerk of the Court **SHALL CLOSE** the file.

      **IT IS SO ORDERED.**

Dated: July 15, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge